# UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF ILLINOIS
### EASTERN DIVISION

In re: §
§
CAPLICK, WILLIAM F § Case No. 11-45065
CAPLICK, EVA §
§
Debtor(s) §

## NOTICE OF TRUSTEE'S FINAL REPORT AND
## APPLICATIONS FOR COMPENSATION
## AND DEADLINE TO OBJECT (NFR)

　　　　Pursuant to Fed. R. Bankr. P. 2002(a)(6) and 2002(f)(8), please take notice that JOSEPH E. COHEN, trustee of the above styled estate, has filed a Final Report and the trustee and the trustee's professionals have filed final fee applications, which are summarized in the attached Summary of Trustee's Final Report and Applications for Compensation.

　　　　The complete Final Report and all applications for compensation are available for inspection at the Office of the Clerk, at the following address:
　　　　　　　　　　CLERK OF BANKRUPTCY COURT
　　　　　　　　　　219 S. Dearborn Street, Chicago, IL

Any person wishing to object to any fee application that has not already been approved or to the Final Report, must file a written objection within 21 days from the mailing of this notice, serve a copy of the objections upon the trustee, any party whose application is being challenged and the United States Trustee. A hearing on the fee applications and any objection to the Final Report will be held at 1:30 PM on 06/20/2014 in Courtroom ,
　　　　　　　　　North Branch Court
　　　　　　　　　1792 Nicole Lane
　　　　　　　　　Round Lake Beach, IL 60073

If no objections are filed, upon entry of an order on the fee applications, the trustee may pay dividends pursuant to FRBP 3009 without further order of the Court.

Date Mailed: _____　　　　By: _____
　　　　　　　　　　　　　　　　　　　　　　　　Clerk, U.S. Bankruptcy Court


JOSEPH E. COHEN
105 WEST MADISON STREET
SUITE 1100
CHICAGO, IL 60602-0000

UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

In re: §
§
CAPLICK, WILLIAM F § Case No. 11-45065
CAPLICK, EVA §
§
Debtor(s) §

SUMMARY OF TRUSTEE'S FINAL REPORT
AND APPLICATIONS FOR COMPENSATION

| | | |
|---|---|---:|
| The Final Report shows receipts of | $ | 7,850.42 |
| and approved disbursements of | $ | 264.83 |
| leaving a balance on hand of[1] | $ | 7,585.59 |

Claims of secured creditors will be paid as follows:

NONE

Applications for chapter 7 fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payment to Date | Proposed Payment |
|---|---:|---:|---:|
| Trustee Fees: JOSEPH E. COHEN | $ 1,530.04 | $ 0.00 | $ 1,530.04 |
| Attorney for Trustee Fees: COHEN & KROL, Attorneys for Trustee | $ 1,922.25 | $ 0.00 | $ 1,922.25 |
| Attorney for Trustee Expenses: COHEN & KROL, Attorneys for Trustee | $ 32.55 | $ 0.00 | $ 32.55 |
| Other: INTERNATIONAL SURETIES, LTD. | $ 19.22 | $ 19.22 | $ 0.00 |
| Other: WILLIAM & EVA CAPLICK, Exemption Payment | $ 50.00 | $ 0.00 | $ 50.00 |
| Total to be paid for chapter 7 administrative expenses | | $ | 3,534.84 |
| Remaining Balance | | $ | 4,050.75 |

---

[1] The balance of funds on hand in the estate may continue to earn interest until disbursed. The interest earned prior to disbursement will be distributed pro rata to creditors within each priority category. The trustee may receive additional compensation not to exceed the maximum compensation set forth under 11 U.S.C. §326(a) on account of the disbursement of the additional interest.

UST Form 101-7-NFR (10/1/2010) *(Page: 2)*

Applications for prior chapter fees and administrative expenses have been filed as follows:

NONE

In addition to the expenses of administration listed above as may be allowed by the Court, priority claims totaling $ 0.00 must be paid in advance of any dividend to general (unsecured) creditors.

Allowed priority claims are:

NONE

The actual distribution to wage claimants included above, if any, will be the proposed payment less applicable withholding taxes (which will be remitted to the appropriate taxing authorities).

Timely claims of general (unsecured) creditors totaling $ 31,015.99 have been allowed and will be paid *pro rata* only after all allowed administrative and priority claims have been paid in full. The timely allowed general (unsecured) dividend is anticipated to be 13.1 percent, plus interest (if applicable).

Timely allowed general (unsecured) claims are as follows:

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payment to Date | Proposed Payment |
| --- | --- | --- | --- | --- |
| 000001 | PYOD, LLC its successors and assigns as assignee of Citibank, N.A. Resurgent Capital Services PO Box 19008 Greenville, SC 29602 | $ 8,451.46 | $ 0.00 | $ 1,103.78 |
| 000002 | Capital One Bank (USA), N.A. by American InfoSource LP as agent PO Box 71083 Charlotte, NC 28272-1083 | $ 10,858.24 | $ 0.00 | $ 1,418.11 |
| 000003 | US BANK N.A. BANKRUPTCY DEPARTMENT P.O. BOX 5229 CINCINNATI, OH 45201-5229 | $ 8,165.25 | $ 0.00 | $ 1,066.40 |

UST Form 101-7-NFR (10/1/2010) *(Page: 3)*

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payment to Date | Proposed Payment |
|---|---|---|---|---|
| 000004 | Portfolio Recovery Associates, LLC successor to Capital One PO Box 41067 Norfolk, VA 23541 | $ 3,541.04 | $ 0.00 | $ 462.46 |

| | | |
|---|---|---|
| Total to be paid to timely general unsecured creditors | | $ 4,050.75 |
| Remaining Balance | | $ 0.00 |

Tardily filed claims of general (unsecured) creditors totaling $ 0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and timely filed general (unsecured) claims have been paid in full. The tardily filed claim dividend is anticipated to be 0.0 percent, plus interest (if applicable).

Tardily filed general (unsecured) claims are as follows:

NONE

Subordinated unsecured claims for fines, penalties, forfeitures, or damages and claims ordered subordinated by the Court totaling $ 0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and general (unsecured) claims have been paid in full. The dividend for subordinated unsecured claims is anticipated to be 0.0 percent, plus interest (if applicable).

Subordinated unsecured claims for fines, penalties, forfeitures or damages and claims ordered subordinated by the Court are as follows:

NONE

Prepared By: /s/JOSEPH E. COHEN
TRUSTEE

JOSEPH E. COHEN
105 WEST MADISON STREET
SUITE 1100
CHICAGO, IL 60602-0000

**STATEMENT:** This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

United States Bankruptcy Court
Northern District of Illinois

In re:  
William F Caplick  
Eva Caplick  
    Debtors

Case No. 11-45065-ABG  
Chapter 7

# CERTIFICATE OF NOTICE

District/off: 0752-1     User: mhenley     Page 1 of 2     Date Rcvd: May 13, 2014  
                    Form ID: pdf006    Total Noticed: 26

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on May 15, 2014.

```
db/jdb         #+William F Caplick,    Eva Caplick,    704 Jonquil Terrace,    Deerfield, IL 60015-4247
18019348       +Bac Home Loans Servici,    450 American St,    Simi Valley, CA 93065-6285
18019349       +Bac/fleet-bkcard,    200 Tournament Dr,    Horsham, PA 19044-3606
18019357      ++CHASE CARD SERVICES,    201 NORTH WALNUT STREET,    ATTN MARK PASCALE,    MAIL STOP DE1-1406,
                 WILMINGTON DE 19801-2920
               (address filed with court: Chase,    Po Box 1093,    Northridge, CA 91328)
18019359      ++CITIBANK,    PO BOX 790034,    ST LOUIS MO 63179-0034
               (address filed with court: Citibank Na,    Attn.: Centralized Bankruptcy,    Po Box 20363,
                 Kansas City, MO 64195)
19993445        Capital One Bank (USA), N.A.,    by American InfoSource LP as agent,    PO Box 71083,
                 Charlotte, NC  28272-1083
18019352       +Capital One, N.a.,    Capital One Bank (USA) N.A.,    Po Box 30285,    Salt Lake City, UT 84130-0285
18019354        Charter 1 Bk,    6575 Erieview Plaz,    Cleveland, OH 44114
18019355       +Chase,    201 N. Walnut St//De1-1027,    Wilmington, DE 19801-2920
18019356       +Chase,    Po Box 15298,    Wilmington, DE 19850-5298
18019358       +Chase Manhattan,    Attn: Bankruptcy Research Dept,    P.O. Box 24696,    Columbus, OH 43224-0696
18019362      ++DELL FINANCIAL SERVICES,    P O BOX 81577,    AUSTIN TX 78708-1577
               (address filed with court: Dell Financial Services,    Attn: Bankruptcy Dept.,    Po Box 81577,
                 Austin, TX 78708)
18019363       +First Usa/Chase,    Chase Card Services/Attn: Bankruptcy Dep,    Po Box 15298,
                 Wilmington, DE 19850-5298
18019366      ++HSBC BANK,    ATTN BANKRUPTCY DEPARTMENT,    PO BOX 5213,    CAROL STREAM IL 60197-5213
               (address filed with court: Hsbc/bsbuy,    Po Box 15519,    Wilmington, DE 19850)
18019365       +Hsbc Bank,    Attn: Bankruptcy,    Po Box 5213,    Carol Stream, IL 60197-5213
18019368       +Hsbc/mitsu,    Hsbc Card Services,    Po Box 5264,    Carol Stream, IL 60197-5264
20352308      ++PORTFOLIO RECOVERY ASSOCIATES LLC,    PO BOX 41067,    NORFOLK VA 23541-1067
               (address filed with court: Portfolio Recovery Associates, LLC,    successor to Capital One,
                 PO Box 41067,    Norfolk, VA 23541)
20046318      ++US BANK,    PO BOX 5229,    CINCINNATI OH 45201-5229
               (address filed with court: US BANK N.A.,    BANKRUPTCY DEPARTMENT,    P.O. BOX 5229,
                 CINCINNATI, OH 45201-5229)
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.

```
18019347        E-mail/Text: ebnbankruptcy@ahm.honda.com May 14 2014 00:54:32     American Honda Finance,
                 Po Box 168088,    Irving, TX 75016
18019353        Fax: 888-777-2057 May 14 2014 01:04:07      Cco Mortgage Corp.,    10561 Telegraph Rd,
                 Glen Allen, VA 23059
18019350       +E-mail/Text: coafinternalbkteam@capitaloneauto.com May 14 2014 00:55:52
                 Capital One Auto Finance,    3905 Dallas Pkwy,    Plano, TX 75093-7892
18019351       +E-mail/Text: coafinternalbkteam@capitaloneauto.com May 14 2014 00:55:52
                 Capital One Auto Finance,    3901 N Dallas Pkwy,    Plano, TX 75093-7864
18038312       +E-mail/PDF: ebnnotices@ascensioncapitalgroup.com May 14 2014 01:31:01
                 Capital One Auto Finance Department,    c/o Ascension Capital Group,    P.O. Box 201347,
                 Arlington, TX 76006-1347
18019364       +E-mail/PDF: gecsedi@recoverycorp.com May 14 2014 11:50:00      Gemb/select Comfort,    Attn: GEMB,
                 Po Box 103104,    Roswell, GA 30076-9104
19930983       +E-mail/PDF: resurgentbknotifications@resurgent.com May 14 2014 00:57:23
                 PYOD, LLC its successors and assigns as assignee,    of Citibank, N.A.,
                 Resurgent Capital Services,    PO Box 19008,    Greenville, SC 29602-9008
18019369       +E-mail/PDF: gecsedi@recoverycorp.com May 14 2014 11:50:00      Sams Club / GEMB,
                 Attention: Bankruptcy Department,    Po Box 103104,    Roswell, GA 30076-9104
                                                                                               TOTAL: 8
```

```
            ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
18019360*     ++CITIBANK,    PO BOX 790034,    ST LOUIS MO 63179-0034
               (address filed with court: Citibank Sd, Na,    Attn: Centralized Bankruptcy,    Po Box 20507,
                 Kansas City, MO 64195)
18019361*     ++CITIBANK,    PO BOX 790034,    ST LOUIS MO 63179-0034
               (address filed with court: Citibank Usa,    Citicorp Credit Services/Attn: Centraliz,
                 Po Box 20363,    Kansas City, MO 64195)
18019367*     ++HSBC BANK,    ATTN BANKRUPTCY DEPARTMENT,    PO BOX 5213,    CAROL STREAM IL 60197-5213
               (address filed with court: Hsbc/bstby,    Po Box 15519,    Wilmington, DE 19850)
18019370*     ++US BANK,    PO BOX 5229,    CINCINNATI OH 45201-5229
               (address filed with court: Us Bank/na Nd,    4325 17th Ave S,    Fargo, ND 58125)
                                                                                       TOTALS: 0, * 4, ## 0
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.  
USPS regulations require that automation-compatible mail display the correct ZIP.

Addresses marked '++' were redirected to the recipient's preferred mailing address  
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).

```
District/off: 0752-1          User: mhenley              Page 2 of 2             Date Rcvd: May 13, 2014
                              Form ID: pdf006            Total Noticed: 26
```

***** BYPASSED RECIPIENTS (continued) *****

Addresses marked '#' were identified by the USPS National Change of Address system as requiring an update.
While the notice was still deliverable, the notice recipient was advised to update its address with the court
immediately.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: May 15, 2014                                          Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on May 12, 2014 at the address(es) listed below:
```
              Andrew J Nelson    on behalf of Creditor    BANK OF AMERICA, N.A. anelson@atty-pierce.com,
               northerndistrict@atty-pierce.com
              David H Cutler    on behalf of Debtor William F Caplick cutlerfilings@gmail.com
              David H Cutler    on behalf of Joint Debtor Eva  Caplick cutlerfilings@gmail.com
              Joseph E Cohen     jcohen@cohenandkrol.com,
               jcohen@ecf.epiqsystems.com;jcohenattorney@gmail.com;jneiman@cohenandkrol.com
              Joseph E Cohen    on behalf of Attorney   Cohen & Krol jcohen@cohenandkrol.com,
               jcohen@ecf.epiqsystems.com;jcohenattorney@gmail.com;jneiman@cohenandkrol.com
              Joseph E Cohen    on behalf of Trustee Joseph E Cohen jcohenattorney@aol.com,
               jcohen@ecf.epiqsystems.com;jcohenattorney@gmail.com;jneiman@cohenandkrol.com
              Lydia Y Siu    on behalf of Creditor    Green Tree Servicing LLC lsiu@atty-pierce.com,
               northerndistrict@atty-pierce.com
              Patrick S Layng    USTPRegion11.ES.ECF@usdoj.gov
                                                                                              TOTAL: 8
```